# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX DUARTE,<br><br>    Plaintiff(s),<br><br>v.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, and DOES 1 to 10, inclusive,<br><br>    Defendant(s). | CASE NO. 2:24-cv-00258 FMO (SKx)<br>*Hon. Judge Fernando M. Olguin, USDC-1st Cthse, Ctrm. 6D; Hon. Mag. Steve Kim, Roybal Bldg, Ctrm. 540*<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AGAINST ALL DEFENDANTS** |

Based upon the Parties' Joint Stipulation of Dismissal, the Action of ***Alex Duarte v. City of Los Angeles, et al.,*** **USDC Case No. 2:24-cv-00258 FMO (SKx)**, is hereby **Dismissed with Prejudice**, as to **All Causes of Actions Against All Defendants**, pursuant to **F.R.C.P. 41(a)(1)**. The Court will no longer retain jurisdiction over this matter.

Each party to bear their own costs and fees.

**IT IS SO ORDERED:**

Dated: February 24, 2025           /s/_____
                                   HONORABLE FERNANDO M. OLGUIN
                                   United States District Judge